UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK JACKSON,<br><br>            Plaintiff,<br><br>      v.<br><br>PATWIN HORN, et al.,<br><br>            Defendants. | 1:25-cv-01426-SAB (PC)<br><br>ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(ECF No. 11) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section § 1983.

On December 15, 2025, Plaintiff filed an application to proceed in forma pauperis. Inasmuch as the Court granted Plaintiff's previous application to proceed in forma pauperis in the present case on October 29, 2025, IT IS HEREBY ORDERED THAT Plaintiff's application of December 15, 2025, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:   **December 16, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1